**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LUZ N. V., | ) | NO. CV 23-9683-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MARTIN J. O'MALLEY, Commissioner of Social Security,[1] | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the judgment is entered in favor of Defendant and this action is dismissed with prejudice.

DATED: April 5, 2024.

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

---

[1] Martin J. O'Malley, Commissioner of Social Security, is hereby substituted as Defendant in this matter. See Fed. R. Civ. P. 25(d)(1); 42 U.S.C. § 405(g).